# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:02CR00046-002 |
| v. ) | **ORDER** |
| ) | |
| **JANE RUSSELL**, ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

The defendant, who was sentenced on February 3, 2003, to 36 months imprisonment, has filed a pro se motion for an order requiring the Bureau of Prisons to place her on home confinement for the remainder of her sentence.

The court does not have the authority to modify the defendant's sentence in this way or to otherwise direct the Bureau of Prisons as to her place of confinement. Accordingly, it is **ORDERED** that the motion is DENIED.

The clerk will send a copy of this letter to the defendant, as well as counsel of record.

ENTER: August 2, 2005

/s/ JAMES P. JONES
Chief United States District Judge